UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>UNDREA HOUSE | Case No. 3:24-CR-66-CCB-SJF |

## ORDER

The Court has reviewed the findings and recommendation of Magistrate Judge Scott J. Frankel filed August 12, 2025. (ECF 39). Defendant Undrea House pleaded guilty to Counts 1 and 2 of the Indictment charging her with bank robbery by force, violence, or intimidation in violation of 18 U.S.C. § 2113(a) and (d) (Count 1); and brandishing a firearm during a crime of violence in violation of 18 U.S.C. § 924(c)(1) (Count 2). No party objected, and the time to object has passed. The Court now adopts the findings and recommendation in their entirety. The plea of guilty to these offenses as charged in the Indictment is hereby accepted, and the defendant is adjudged guilty of both offenses.

Any objections a party submits to the probation officer in response to the draft Presentence Report must specifically identify the basis of the objection and any supporting authority. Should the Addendum to the final Presentence Report reflect any outstanding objections by a party, that party must specifically state in its sentencing memorandum whether it maintains that objection. If so, the party must identify the basis and authority for its objection and, where applicable, any evidence the party

expects to offer in support of that objection. The party should also state if, consistent with Rule 32(i)(3)(B), it does not believe a ruling on that objection will be necessary.

SO ORDERED on October 31, 2025.

                                          /s/*Cristal C. Brisco*
                                          CRISTAL C. BRISCO, JUDGE
                                          UNITED STATES DISTRICT COURT